

# COURT OF APPEALS

Thirteenth District

Corpus Christi – Edinburg, Texas

Below is the JUDGMENT in the numbered cause set out herein to be Filed and Entered in the Minutes of the Court of Appeals, Thirteenth District of Texas, at Corpus Christi – Edinburg, as of the 4th day of October, 2013. If this Judgment does not conform to the opinion handed down by the Court in this cause, any party may file a Motion for Correction of Judgment with the Clerk of this Court.

CAUSE NO. 13-12-00622-CV                                      (Tr.Ct.No. C-1529-08-I)

MALCOM G. DYER,                                                                    Appellant,

v.

HIDALGO COUNTY, TEXAS,                                                          Appellee.

On appeal to this Court from Hidalgo County, Texas.

★ ★ ★ ★ ★ ★ ★

# JUDGMENT

On appeal from the 398th District Court of Hidalgo County, Texas, from an order signed August 31, 2012. Memorandum Opinion by Justice Gregory T. Perkes.

THIS CAUSE was submitted to the Court on March 28, 2013, on oral argument, the record and briefs. These having been examined and fully considered, it is the opinion of the Court that there was no error in the judgment of the court below, and said judgment is hereby AFFIRMED against appellant, MALCOLM G. DYER.

Costs of the appeal are adjudged against appellant, MALCOLM G. DYER. It is further ordered that this decision be certified below for observance.

★ ★ ★ ★ ★ ★ ★
DORIAN E. RAMIREZ, CLERK